C. D. San Juan.   Infracción Ley de Pesas y Medidas.   Julio 14, 1930.

No. 4221.—Pueblo, apldo., *v.* Pellot, aplte.—C. D. Arecibo.   Escalamiento en primer grado.   Julio 14, 1930.

No. 4177.—Pueblo, apldo., *v.* Marrero, aplte.—C. D. Arecibo.   Robo.   Julio 14, 1930.

No. 4235.—Pueblo, apldo., *v.* Rosado, aplte.—C. D. Ponce. Adulteración de leche.   Julio 21, 1930.

No. 4180.—Pueblo, apldo., *v.* Montalvo, aplte.—C. D. Arecibo.   Delito subsiguiente de hurto.   Julio 21, 1930.

No. 4258.—Pueblo, apldo., *v.* Alvarez, aplte.—C. D. San Juan.   Adulteración de leche.   Noviembre 3, 1930.*

No. 4246.—Pueblo, apldo., *v.* Salvá, aplte.—C. D. Humacao.   Acometimiento y agresión grave.   Noviembre 7, 1930.

No. 4256.—Pueblo, apldo., *v.* Sánchez, aplte.—C. D. San Juan.   Falsa representación.   Noviembre 7, 1930.*

No. 4248.—Pueblo, apldo., *v.* Colón, aplte.—C. D. Arecibo.   Asesinato en segundo grado.   Noviembre 7, 1930.*

No. 4275.—Pueblo, apldo., *v.* Delgado, aplte.—C. D. Humacao.   Ataque para cometer asesinato.   Noviembre 10, 1930.*

No. 4273.—Pueblo, apldo., *v.* López, aplte.—C. D. Aguadilla.   Escalamiento en primer grado.   Noviembre 10, 1930.*

No. 4263.—Pueblo, apldo., *v.* Ríos et al., apltes.—C. D. Aguadilla.   Adulteración de leche.   Noviembre 10, 1930.*

No. 4261.—Pueblo, apldo., *v.* Grajales, aplte.—C. D. Aguadilla.   Escalamiento en primer grado.   Noviembre 10, 1930.*

No. 4259.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D. Aguadilla.   Escalamiento en primer grado.   Noviembre 10, 1930.*

No. 4245.—Pueblo, apldo., *v.* Rodríguez, aplte.—C. D.

* Nota:  El Juez Asociado Señor Texidor no intervino.